UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DONNA MCLAIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:20cv244ACL |
| SAINT FRANCIS MEDICAL CENTER, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On January 12, 2021, Plaintiff Donna McLain filed an Amended Voluntary Dismissal (Doc. 11), in which she states that she wishes to dismiss her Complaint against Defendant St. Francis Medical Center with prejudice.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**.

Dated this 15th day of January 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1